**WARREN TERZIAN LLP**
Dan Terzian (SBN 283835)
*dan.terzian@warrenterzian.com*
Erick Kuylman (SBN 313202)
*erick.kuylman@warrenterzian.com*
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
T: (213) 410-2620

*Counsel for Defendants*
*Suavei, Inc., Afonso Infante, and Allison Wong*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jade Lin**, an individual; **Jay Li**, an individual; **Minh Hong**, an individual; et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Suavei, Inc.**, a Delaware Corporation; **Afonso Infante**, an individual; **Allison Wong**, an individual; and **Does 1-10**, inclusive, <br><br> Defendants. | Case No. 3:20-cv-00862-L-AHG <br><br> Hon. M. James Lorenz <br><br> **Defendant Suavei, Inc.'s Answer to the First Amended Complaint** <br><br> **DEMAND FOR JURY TRIAL** |

**WARREN TERZIAN LLP**

Defendant Suavei, Inc. answers the First Amended Complaint as follows.

## NATURE OF ACTION

1. Admitted that Plaintiffs are a group of individuals who executed convertible notes. Except as so admitted, denied.

2. Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

3. Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

4. Denied.

5. Denied.

6. Denied.

7. Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

8. Admitted that Plaintiffs have brought this action. Except as so admitted, denied.

## PARTIES

9. Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

10. Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

11. Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

12. Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

13. Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

Suavei's Answer to First Amended Complaint

WARREN
TERZIAN LLP

1    14.    Suavei lacks knowledge sufficient to form a belief about the
2  truth of this allegation and denies on that basis.

3    15.    Suavei lacks knowledge sufficient to form a belief about the
4  truth of this allegation and denies on that basis.

5    16.    Suavei lacks knowledge sufficient to form a belief about the
6  truth of this allegation and denies on that basis.

7    17.    Suavei lacks knowledge sufficient to form a belief about the
8  truth of this allegation and denies on that basis.

9    18.    Suavei lacks knowledge sufficient to form a belief about the
10  truth of this allegation and denies on that basis.

11    19.    Suavei lacks knowledge sufficient to form a belief about the
12  truth of this allegation and denies on that basis.

13    20.    Suavei lacks knowledge sufficient to form a belief about the
14  truth of this allegation and denies on that basis.

15    21.    Admitted.

16    22.    Admitted.

17    23.    Admitted.

18            **JURISDICTION AND VENUE**

19    24.    Admitted.

20    25.    Admitted that this Court has personal jurisdiction over Suavei.
21  Denied that it has personal jurisdiction over Infante or Wong. Except as so
22  admitted, denied.

23    26.    Admitted that this Court has personal jurisdiction over Suavei.
24  Denied Infante or Wong entered into contracts or conducted business with
25  Plaintiffs. Denied that Infante or Wong availed themselves of California.
26  Except as so admitted, denied.

27    27.    Denied.

28

WARREN
TERZIAN LLP

1   28.   Admitted that this Court has personal jurisdiction over Suavei.
2   Denied that it has personal jurisdiction over Infante or Wong. Except as so
3   admitted, denied.

4   29.   Admitted that this Court is a proper venue against Suavei.
5   Denied that it is a proper venue against Infante or Wong. Except as so
6   admitted, denied.

7   30.   Admitted that this Court has personal jurisdiction over Suavei
8   and is therefore a proper venue. Denied that it has personal jurisdiction
9   over Infante or Wong. Except as so admitted, denied.

10   31.   Admitted.

11   32.   Admitted.

12   33.   Admitted.

13   34.   Admitted.

14   35.   Admitted.

15   **SUBSTANTIVE ALLEGATIONS**

16   36.   Suavei lacks knowledge sufficient to form a belief about the
17   truth of this allegation and denies on that basis.

18   37.   Suavei lacks knowledge sufficient to form a belief about the
19   truth of this allegation and denies on that basis.

20   38.   Suavei lacks knowledge sufficient to form a belief about the
21   truth of this allegation and denies on that basis.

22   39.   Suavei lacks knowledge sufficient to form a belief about the
23   truth of this allegation and denies on that basis.

24   40.   Denied.

25   41.   Suavei lacks knowledge sufficient to form a belief about the
26   truth of this allegation and denies on that basis.

27   42.   Suavei lacks knowledge sufficient to form a belief about the
28   truth of this allegation and denies on that basis.

43.   Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

44.   Denied.

45.   Admitted.

46.   Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

47.   Admitted.

48.   Denied.

49.   Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

50.   Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

51.   Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

52.   Admitted.

53.   Denied.

54.   Admitted that Infante explained on this call that DeJoy was no longer with Suavei. Except as so admitted, denied.

55.   Admitted that Suavei could not participate in the EvoNexus program. Except as so admitted, denied.

56.   Admitted that Suavei could not participate in the EvoNexus program. Except as so admitted, denied.

57.   Admitted that Suavei could not participate in the EvoNexus program. Except as so admitted, denied.

58.   Admitted that Suavei is a monolithic architecture. Except as so admitted, Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

WARREN
TERZIAN LLP

59.   Admitted that Suavei is a monolithic architecture. Except as so admitted,  Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

60.   Admitted that Infante was working for another company. Except as so admitted, Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

61.   Denied.

62.   Admitted that Wong was working for another company. Except as so admitted, Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

63.   Admitted that Wong and Infante were married. Except as so admitted, Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

64.   Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

65.   Denied.

66.   Admitted that, after DeJoy's departure from Suavei, the officer and director positions of Suavei were held entirely by Wong and Infante. Except as so admitted, Suavei lacks knowledge sufficient to form a belief about the truth of this allegation and denies on that basis.

67.   Denied.

68.   Denied.

## CLAIMS FOR RELIEF

69.   Suavei repeats, realleges, and incorporates by references the preceding allegations in paragraphs 1 through 68 as though set forth fully herein.

70.   Denied.

71.   Denied.

Suavei's Answer to First Amended Complaint

WARREN
TERZIAN LLP

1        72.    Denied.

2        73.    Denied.

3        74.    Denied.

4        75.    Denied.

5        76.    Denied.

6        77.    Denied.

7        78.    Denied.

8        79.    Suavei repeats, realleges, and incorporates by references the

9 preceding allegations in paragraphs 1 through 78 as though set forth fully

10 herein.

11        80.    Denied.

12        81.    Denied.

13        82.    Denied.

14        83.    Denied.

15        84.    Denied.

16        85.    Denied.

17        86.    Denied.

18        87.    Suavei repeats, realleges, and incorporates by references the

19 preceding allegations in paragraphs 1 through 86 as though set forth fully

20 herein.

21        88.    Denied.

22        89.    Denied.

23        90.    Denied.

24        91.    Suavei repeats, realleges, and incorporates by references the

25 preceding allegations in paragraphs 1 through 90 as though set forth fully

26 herein.

27        92.    Denied.

28        93.    Denied.

WARREN
TERZIAN LLP

1    94.    Denied.

2    95.    Suavei repeats, realleges, and incorporates by references the

3    preceding allegations in paragraphs 1 through 94 as though set forth fully

4    herein.

5    96.    Denied.

6    97.    Denied.

7    98.    Denied.

8    **AFFIRMATIVE DEFENSES**

9    99.    As separate, independent, and affirmative defenses to the

10   complaint, Suavei alleges the following affirmative defenses.

11   **FIRST AFFIRMATIVE DEFENSE**

12   FAILURE TO STATE A CLAIM

13   100.   The complaint fails to state facts sufficient to constitute a cause

14   of action which relief may be granted.

15   **SECOND AFFIRMATIVE DEFENSE**
     UNCLEAN HANDS

16   101.   No relief may be obtained under the complaint by reason of the

17   doctrine of unclean hands and by reason of the unconscionability of

18   Plaintiffs' acts and claims.

19   **THIRD AFFIRMATIVE DEFENSE**

20   UNJUST ENRICHMENT

21   102.   Plaintiffs would be unjustly enriched if allowed to recover on

22   this complaint.

23   **FOURTH AFFIRMATIVE DEFENSE**

24   UNCONSCIONABILITY

25   103.   No relief may be obtained under the complaint by reason of Civil

26   Code §§ 1670.5, the statutory and common law prohibitions on the

27   prohibitions on receipt of benefits accruing from unconscionable conduct

28   and the unconscionable of Plaintiffs' acts and claims. Even if not entirely

invalid, unconscionability also limits damages and available relief. Cal. Civ. Code § 3359.

### FIFTH AFFIRMATIVE DEFENSE
#### UNDUE INFLUENCE

104.  No relief may be obtained under the complaint by reason of undue influence exercised by Plaintiffs that invalidates the transactions on which Plaintiffs' claims are based.

### SIXTH AFFIRMATIVE DEFENSE
#### APPORTIONMENT OF RESPONSIBILITY

105.  A third party contributed to the harm, such that all liability is all or a portion of the harm is properly attributed to that party, and any liability to Suavei is reduced by that sum.

### PRAYER FOR RELIEF

106.  Suavei prays as follows:

   a. That Plaintiffs take nothing by reason of their complaint and that judgment be rendered in favor of Suavei;

   b. That Suavei be awarded its legal fees and costs incurred in this action; and

   c. For such other relief as the Court deems proper.

Dated: June 17, 2020                    **WARREN TERZIAN LLP**

Dan Terzian

*Counsel for Defendants*
*Suavei, Inc., Afonso Infante,*
*and Allison Wong*

WARREN
TERZIAN LLP