1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jade Lin, an individual; Jay Li, an individual; Minh Hong, an individual; et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>Suavei, Inc., a Delaware Corporation; Afonso Infante, an individual; Allison Wong, an individual; and Does 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:20-cv-00862-L-AHG<br><br>**ORDER RE JOINT MOTION AND STIPULATION TO DISMISS THIRD-PARTY COMPLAINT** |
| Suavei, Inc., a Delaware corporation,<br>　　　　Third-Party Plaintiff,<br>v.<br>Frank DeJoy, an individual,<br>　　　　Third-Party Defendant. | |
| Frank DeJoy, an individual,<br>　　　　Counter-Claimant,<br>v.<br>Suavei, Inc., a Delaware Corporation,<br>　　　　Counter-Defendant. | |

**ORDER**

Pursuant to the stipulation of the parties, the Third-Party Complaint is hereby dismissed without prejudice. Each side to bear its/his own fees and costs.

IT IS SO ORDERED

Dated: June 30, 2022    By: _____
HONORABLE JAMES M. LORENZ
United States District Court Judge